IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-22-M-DLC |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| vs. | |
| JESSE ALBERT GOUCHER, | |
| Defendant. | |

FILED

JUL 11 2018

Clerk, U.S District Court
District Of Montana
Missoula

Upon review of the United States unopposed motion seeking leave to dismiss the indictment in this case without prejudice pursuant to Federal Rule of Criminal Procedure 48(a) and good cause appearing;

IT IS ORDERED that the motion is GRANTED. The indictment is DISMISSED without prejudice. The preliminary pretrial conference set for July 11, 2018 is VACATED.

DATED this 11th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court